


AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>The account 363824270 identified as Cory<br>BLACKBURN / that is within the possession, custody, or<br>control of Dropbox, Inc. | )<br>)<br>)<br>)    Case No.   5:18-sw-00070-JLT<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Northern_____ District of _____California_____ *(identify the person or describe the property to be searched and give its location)*:

The contents of a Dropbox account described above and in Attachment A which is incorporated by this reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Evidence, fruits, and instrumentalities of violations of 18 U.S.C. 2252(a)(2) and 2252(a)(4)(B), child pornography offenses, and other information described in the attached affidavit of Special Agent Sims and in Attachment "B" which are incorporated by reference here.

**YOU ARE COMMANDED** to execute this warrant on or before ___10/23/18___ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Honorable Jennifer L. Thurston_____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   ___10/9/18, 3:06 pm___

___(signature)___
*Judge's signature*

City and state:   _____Bakersfield, California_____

_____Honorable Jennifer L. Thurston_____
*Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>5:18-sw-00070-JLT | Date and time warrant executed:<br>15:26   10-9-18 | Copy of warrant and inventory left with:<br>Custodian of Records   Legal compliance Dropbox |
| Inventory made in the presence of :<br>Joe Hillygus | | |
| Inventory of the property taken and name of any person(s) seized: | | |

Thumbdrive from Dropbox containing evidence from
Cory Blackburn's account.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:   10-17-18

_____
Executing officer's signature

Anthony Sims Jr
_____
Printed name and title